# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JUDY B. DUNCAN  
7124 WEST STREET, CHILDER ACRES RT 3   SSN-xxx-xx-9002  
ROCHELLE, IL  61068

Case Number: 04-75451

Case filed on: 11/2/2004  
Plan Confirmed on: 1/7/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $4,718.75          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JUDY B. DUNCAN | 0.00 | 0.00 | 36.49 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 36.49 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE | 2,895.87 | 2,895.87 | 2,895.87 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE | 125.00 | 125.00 | 125.00 | 0.00 |
|  | Total Secured | 3,020.87 | 3,020.87 | 3,020.87 | 0.00 |
| 002 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AT&T CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITIFINANCIAL | 451.31 | 0.00 | 0.00 | 0.00 |
| 005 | DEERE HARVAST CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISH NETWORK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | DR. KATHY BAILEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DR. TODD M. ANDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | EASTON ENTERPRISES | 460.78 | 0.00 | 0.00 | 0.00 |
| 010 | GTE WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | RRCA ACCOUNTS MANAGEMENT INC | 651.00 | 0.00 | 0.00 | 0.00 |
| 012 | KATHERINE SHAW BETHEA HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | KSB MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | QUERY INC. AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RECEIVABLE MANAGEMENT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCHELLE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCHELLE DISPOSAL SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCHELLE MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCHELLE MUNICIPAL UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SALINAS FAMILY CHIROPRATIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SALINAS FAMILY CHIROPRATIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MICHAEL MELLOT | 76.91 | 0.00 | 0.00 | 0.00 |
| 023 | WESTMORELAND AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | UNGER-HORNER FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RRCA ACCOUNTS MANAGEMENT INC | 91.20 | 0.00 | 0.00 | 0.00 |
| 026 | MICHAEL MELLOT | 63.77 | 0.00 | 0.00 | 0.00 |
| 027 | MUTUAL MANAGEMENT SERVICES | 365.63 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 210.25 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,370.85 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 6,755.72 | 4,384.87 | 4,421.36 | 0.00 |

Total Paid Claimant:     $4,421.36  
Trustee Allowance:       $297.39  
Percent Paid Unsecured:        0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                    By  /s/Heather M. Fagan